# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

132417

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DARREN FINDLING, Personal
Representative of the Estate of
Frank E. Early, Deceased,
                Plaintiff-Appellee,

v                                                      SC: 132417
                                                       COA: 267519
                                                       Oakland CC: 2005-064647-NH

JEFFREY PARKER, M.D., and
JEFFREY PARKER, M.D., P.C.,
d/b/a/ ADVANCED SPORTS
MEDICINE, P.C.,
                Defendants-Appellants.
_____/

     On order of the Court, the application for leave to appeal the September 28, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hosp* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

11119